UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Darlene Garner                                      Chapter 13
                                                    Case Number 10-50274
            Debtor                                  Honorable Walter Shapero
_____/

**STATEMENT REGARDING OWNERSHIP**

Pursuant to local rule 9013-5, attached please find the statement of corporate ownership.

Date:   August 19, 2013                /s/ Heather D. McGivern
                                       Caleb J. Shureb, Esq.  P63350
                                       Craig B. Rule, Esq.  P67005
                                       Elizabeth M. Abood-Carroll, Esq.  P46304
                                       Heather D. McGivern, Esq.  P59393
                                       Heather M. Dickow, Esq.  P64757
                                       Orlans Associates, PC
                                       Attorneys for Movant
                                       P.O. Box 5041
                                       Troy, MI 48007
                                       (248) 502-1400
                                       Email: ecarroll@orlans.com
                                       File Number: 13-000978