**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**STATEMENT REGARDING OWNERSHIP OF SELECT PORTFOLIO SERVICING, INC.**

☒ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: SPS Holding Company
Address: 3815 South West Temple, Salt Lake City, UT 84115

Name:______________________________
Address:____________________________

Name:______________________________
Address:____________________________

(For additional names, attach an addendum to this form)

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:

X Creditor, **Select Portfolio Servicing, Inc.**

I declare under penalty of perjury that the foregoing is true and correct. This statement is valid from execution unless the corporate ownership changes, at which time a new statement will be executed by the mortgage servicer/creditor as applicable.

Dated: 9/6/12

By: [signature]
Signature of Authorized Individual

Jo-Ann L. Goldman
Print Name

VP.
Title