# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

Darlene Garner

         Debtor

_____/

Chapter 13
Case No. 10-50274
Honorable Walter Shapero

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001 (a)(3)

NOW COMES Movant, Select Portfolio Servicing, Inc., by and through its attorneys, Orlans Associates, PC, and shows unto this Honorable Court as follows:

1. That Movant is the servicing agent of a mortgage currently held by Wells Fargo Bank, National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2007-AC5, on real property owned by the debtor and located at 4781 Catalina Dr., Lake Orion, MI 48359. (The following documents are attached Mortgage, Assignment and Note).
2. That the debtor filed Chapter 13 Bankruptcy on March 30, 2010.
3. That the case was confirmed and an Order Confirming Plan was entered with this Court on July 30, 2010.
4. That pursuant to the terms of the Order Confirming Plan, the debtor is required to remit payments of $1,953.49 per month to the Movant.
5. That pursuant to 11 U.S.C. § 362 (d)(1), upon request of a party in interest, the court shall grant relief from stay for cause.
6. That pursuant to the confirmed plan, the Movant is to be paid directly by the Debtor.
7. That the Debtor has failed to maintain the direct payments to Movant and is now due for April 1, 2011 to the present in the approximate amount of $56,944.56.
8. That the Debtor's failure to maintain the direct payments to Movant constitutes a material default in the confirmed plan.
9. That the material default in the confirmed plan is cause for the court to grant relief from stay.
10. That the approximate market value of the subject property pursuant to Debtor's Schedule D is $300,000.00.
11. That the total debt owing to the Movant is approximately $379,098.03, plus reasonable attorney fees.
12. That EMC Mortgage and/or Real Time Resolutions, Inc. has an additional lien on the property in the approximate amount of $38,000.00
13. That the total debt owing on the property in the approximate amount of $417,098.03.
14. That as of April 23, 2013 said mortgage loan is delinquent and owing for February 1, 2012
15. That EMC Mortgage and/or Real Time Resolutions, Inc. may have an interest in the property

located at 4781 Catalina Dr, Lake Orion, MI 48359 to the knowledge and belief of Movant.

16. That the debtor has no equity in the subject property as the total debt exceeds the market value of the property.
17. That the debtor's account delinquency and lack of equity in the property constitute cause for relief from the automatic stay.
18. That pursuant to Local Bankruptcy rule 9014-1(b)(4) attached is a copy of the proposed Order Granting Relief from the Automatic Stay labeled as Exhibit "A".
19. That Movant is not being afforded adequate protection as required by 11 U.S.C. Section 361.
20. That Movant request the entry of the order granting relief from the automatic stay shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).
21. That Movant requests that compliance Fed. R. Bankr. P. 3002.1 be waived upon entry of an order for relief from the automatic stay.
22. That concurrence was sought, but not received prior to the filing of this motion.

WHEREFORE, Movant respectfully requests that this Court enter an Order Granting Relief from the Automatic Stay pursuant to 11 USC § 362(d) so that it, and its successors and assigns may exercise its rights to pursue its state court remedies with respect to its interest in the subject property, and the entry of the order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3), and whatever other relief the Court deems just and equitable.

Respectfully Submitted,

Date: August 20, 2013

/s/ Heather D. McGivern
Caleb J. Shureb, Esq. P63350
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Heather M. Dickow, Esq. P64757
Orlans Associates, PC
Attorneys for Movant
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: hmcgivern@orlans.com
File Number: 13-000978