LIBER 42011 PG 079

77537
LIBER 42011 PAGE 79
$13.00 MISC RECORDING
$4.00 REMONUMENTATION
04/22/2010 09:53:39 A.M. RECEIPT# 30463

PAID   RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that **Mortgage Electronic Registration Systems, Inc., 1595 Spring Hill Rd Ste 310 Vienna, VA 22182,** for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, to it paid by **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2007-AC5, P.O. Box 292190, Lewisville, CA 75029** its successors and assigns, party of the second part, the receipt whereof is hereby acknowledged, has sold, assigned and transferred and does hereby sell, assign and transfer to the said party of the second part, all the right, title and interest of the said party of the first part in and to a certain real estate mortgage dated April 5, 2007, made by Darlene Vanito Garner, an unmarried woman, to Mortgage Electronic Registration Systems, Inc. in the amount of $318,172.00 and recorded on April 12, 2007 in Oakland County Register of Deeds office in Liber 39001, Page 216, described as follows, to wit:

Unit 123, of Stonegate Ravines, a Condominium according to the Master Deed thereof recorded in Liber 37738, page 341, Oakland County Records, and designated as Oakland County Condominium Subdivision Plan No. 1875 and any amendments thereto, together with an undivided interest in the common elements of Public Acts of Michigan 1978, as amended.
Tax ID # 09-36-476-123

Commonly known as: 4781 Catalina Drive

together with the note to which the same is collateral;

Effective Date: On or before April 6, 2010

IN WITNESS WHEREOF of said party of the first part has caused these presents to be signed by its ___Vice President___ for Mortgage Electronic Registration Systems, Inc. and its corporate seal to be hereunto affixed this __15__ day of __April__, A.D., 2010.

Mortgage Electronic Registration Systems, Inc.
BY: _____
**Lori Harp**
Its: _____ ~~Vice President~~

O.K. - L.G.

2010 APR 21 PM 4:11

REGISTER OF DEEDS
OAKLAND COUNTY
RECEIVED

LIBER42011 PG080

STATE OF Texas )
) ss.
COUNTY OF Terrant )

On this 15 day of April, 2010, before me appeared Lori Harp to me personally known, who being by me duly sworn, did each for her/himself say that they are respectively the Vice President for Mortgage Electronic Registration Systems, Inc. and which executed the within instrument, and that the seal affixed to the said instrument is the corporate seal of the corporation named in and which executed the within instrument.

_____, Notary Public
Denton County
My Commission Expires: 11-27-10

Drafted by and when recorded return to:
Marshall R. Isaacs
Attorney at Law
Orlans Associates PC
P.O. Box 5041
Troy, MI 48007
248-502-1336

JENNIFER SHORT
My Commission Expires
November 27, 2010

Orlans File No. 199.5448

Recording Fee: $