**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: DARLENE GARNER

CASE NO. 10-50274
CHAPTER 13
JUDGE SHAPERO

_____/

OBJECTION TO MOTION TO LIFT STAY

Now comes debtor, through counsel, objecting to the motion, as follows:

A motion filed by "Wells Fargo Bank, National Association, as trustee for certificate holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, series 2007-AC5" seeks relief from the stay relative to a claimed security interest in 4781 Catalina Drive, Lake Orion, MI;

And, debtor contests whether such party has standing to seek relief.

Wherefore, debtor requests the motion be denied.

　　　　　　　　　　　　　　　　　　　/s/ Mark McLoughlin
　　　　　　　　　　　　　　　　　　　211 W Fort #1616
　　　　　　　　　　　　　　　　　　　Detroit MI 48226
　　　　　　　　　　　　　　　　　　　313 962 9798
　　　　　　　　　　　　　　　　　　　mcloughlin.law@gmail.com
　　　　　　　　　　　　　　　　　　　P29266